```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 14760
    MELVIN WILL LOGAN JR
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-1173

------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/15/2007 and was confirmed 09/26/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 08/20/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK    CURRENT MORTG    14327.03           .00      14327.03
PIERCE & ASSOC            NOTICE ONLY    NOT FILED            .00           .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE    12829.15           .00           .00
WELLS FARGO AUTO FINANCE  SECURED VEHIC     9700.00           .00        700.00
WELLS FARGO AUTO FINANCE  UNSECURED          919.83           .00           .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED            .00           .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED            .00           .00
NICOR GAS                 UNSECURED      NOT FILED            .00           .00
POPULAR VIDEO             UNSECURED      NOT FILED            .00           .00
PETER FRANCIS GERACI      DEBTOR ATTY      1,700.00                         .00
TOM VAUGHN                TRUSTEE                                      1,187.88
DEBTOR REFUND             REFUND                                            .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              16,214.91

PRIORITY                                          .00
SECURED                                     15,027.03
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                         1,187.88
DEBTOR REFUND                                     .00
                     ---------------     ---------------
TOTALS               16,214.91              16,214.91
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 14760 MELVIN WILL LOGAN JR

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                   /s/ Tom Vaughn

Dated: 11/19/08                    _____
                                              TOM VAUGHN
                                              CHAPTER 13 TRUSTEE